IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BENNIE J. HIGGINS,                    )
                                      )
        Plaintiff,                    )    CIVIL ACTION NO. 1:07cv1073-WC
                                      )
    v.                                )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                                      )
        Defendant.                    )

**ORDER ON MOTION**

Pending before the Court is Defendant's unopposed Motion for Extension of Time to

File Brief (Doc. # 17).  For good cause, it is

ORDERED that the Motion (Doc. #17) is GRANTED.  Defendant's brief shall be due

on or before 31 July 2008.

Done this 16th day of June, 2008.


                            /s/ Wallace Capel, Jr.
                            WALLACE CAPEL, JR.
                            UNITED STATES MAGISTRATE JUDGE