IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BENNIE J. HIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv1073-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

Pending before the Court is Defendant's second unopposed Motion for Extension of Time to File Brief (Doc. # 19). For good cause, it is

ORDERED that the Motion (Doc. #19) is GRANTED. Defendant's brief shall be due on or before 1 September 2008. The Court will not entertain any further motions for extension of time.

Done this 31th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE